**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        )<br>                                                                    )<br>            **Plaintiff/Garnishor,**             )<br>                                                                    )<br>vs.                                                              )          **Case No. CIV-00-579-C**<br>                                                                    )<br>**SAULIE M. TUCKER,**                         )<br>                                                                    )<br>            **Defendant,**                              )<br>                                                                    )<br>**and**                                                        )<br>                                                                    )<br>**IBC BANK, and its successors or assigns,**  )<br>                                                                    )<br>            **Garnishee.**                              )<br>                                                                    )| |

**ORDER FOR DISPOSITION OF GARNISHED FUNDS
AND RELEASE OF GARNISHMENT**

The United States of America caused a Writ of Garnishment to be issued to IBC Bank, on September 10, 2008 (Doc. 16). On September 26, 2008, Garnishee filed an Answer (Doc. 18). A review of the court record demonstrates that no objection or request for a hearing has been filed by Defendant.

Garnishee has disbursed all non-exempt monies and property of Defendant withheld since the date of service of the Writ to the U.S. Attorney's Office, 210 W. Park Avenue, Suite 400, Oklahoma City, Oklahoma 73102. Those funds may now be deposited and the garnishment released.

IT IS SO ORDERED this 6th day of November, 2008.

_____
ROBIN J. CAUTHRON
United States District Judge